UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Susan Drazen, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GoDaddy.com, LLC,<br><br>    Defendant. | Case No. 2:19-cv-00563-KD-B |

## NOTICE OF SETTLEMENT

Plaintiff, Susan Drazen, and Defendant, GoDaddy.com, LLC (the "Parties"), by and through undersigned counsel, hereby inform the Court that the Parties have reached a settlement of this matter in its entirety. In accordance with the terms of the executed settlement agreement, the Parties intend to file a Motion for Preliminary Settlement Approval on or before October 14, 2019.

Dated:  September 30, 2019                Respectfully submitted,


                                          By: /s/Earl P. Underwood, Jr.
                                           EARL P. UNDERWOOD, JR.
                                           Attorney for Plaintiff
                                          **UNDERWOOD & RIEMER, P.C.**
                                          **21 S Section Street**
                                          **Fairhope, Alabama 36532**
                                          **Phone:   251.990.5558**
                                          **Email: epunderwood@alalaw.com**
                                          *Attorney for Susan Drazen*

| | |
|---|---|
| Dated: September 30, 2019 | By: s/ Paula L. Zecchini (with permission) |
| | Paula L. Zecchini (AZ Bar No. 031880) |
| | Jeffrey M. Monhait (admitted *pro hac vice*) |
| | COZEN O'CONNOR |
| | 999 Third Avenue, Suite 1900 |
| | Seattle, WA 98104 |
| | Tel: (206) 340-1000 |
| | Fax: (206) 621-8783 |
| | pzecchini@cozen.com |
| | jmonhait@cozen.com |
| | |
| | *Attorneys for GoDaddy.com, LLC* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies, under penalty of perjury under the laws of the State of Alabama that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paula L. Zecchini (AZ Bar No. 031880)
Jeffrey M. Monhait (admitted *pro hac vice*)
COZEN O'CONNOR
999 Third Avenue, Suite 1900
Seattle, WA 98104
Tel: (206) 340-1000
Fax: (206) 621-8783
pzecchini@cozen.com
jmonhait@cozen.com

Counsel for Defendant

SIGNED AND DATED this 30th day of September 2019 at Fairhope, AL.

Earl P. Underwood, Jr.

By: s/*Earl P. Underwood, Jr.*