1

2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Susan Drazen, on behalf of herself and all
others similarly situated,

Plaintiff,

v.

GoDaddy.com, LLC,

Defendant.

Case No. 2:19-cv-00563-KD-B

**JOINT STATEMENT OF CASE STATUS**

Plaintiff, Susan Drazen, and Defendant, GoDaddy.com, LLC (collectively, the "Parties"), by and through undersigned counsel, hereby submit this Joint Statement regarding the Parties' anticipated timeline for filing a Motion for Preliminary Approval in this matter.

1.      On September 30, 2019, the Parties filed a Notice of Settlement, in which they confirmed that the Parties had reached a settlement of this matter in its entirety.  Dkt. No. 7.  The Parties further indicated that they intended to file a Motion for Preliminary Approval of Class Settlement on or before October 14, 2019.  *Id.*

2.      To effectuate the Parties' settlement agreement, the Parties are diligently working to consolidate the actions resolved by this settlement agreement before this Court, to the extent practicable.  The Parties previously filed a Joint Statement of Case Status in which they anticipated being able to file a Motion for Preliminary Approval of Class Settlement, and any necessary associated motions, on or before November 27, 2019.  Dkt. No. 9.

3.      Although the Parties continue to work diligently to consolidate the actions resolved by their settlement agreement before this Court, to the extent practicable, they now anticipate being able to file a Motion for Preliminary Approval of Class Settlement, and any necessary associated motions, on or before December 11, 2019.  The Parties do not anticipate needing any

1  additional time beyond this date.

2

3                                                      Respectfully submitted,

4  Dated:  November 26, 2019                     By: s/ Earl P. Underwood, Jr.
                                                      EARL P. UNDERWOOD, JR.
5                                                  **UNDERWOOD & RIEMER, P.C.**
                                                   215 S. Section Street
6                                                  Fairhope, Alabama 36532
                                                   Tel:  (251) 990-5558
7                                                  Email: epunderwood@alalaw.com

8                                                  *Attorneys for Plaintiff Susan Drazen*

9

10

11                                                 By: s/ Paula L. Zecchini (With Express Consent)
                                                      PAULA L. ZECCHINI
                                                   (*Admitted Pro Hac Vice*)
12                                                 pzecchini@cozen.com
                                                   JEFFREY M. MONHAIT
13                                                 (*Admitted Pro Hac Vice*)
                                                   jmonhait@cozen.com
14                                                 **COZEN O'CONNOR**
                                                   999 Third Avenue, Suite 1900
15                                                 Seattle, WA 98104
                                                   Tel:  (206) 373-7213
16                                                 Fax:  (206) 455-8251

17                                                 *Attorneys for Defendant GoDaddy.com, LLC*

18

19

20

21

22

23

24

25

26

27

28

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies, under penalty of perjury under the laws of the State of Alabama that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paula L. Zecchini (*Admitted Pro Hac Vice*)
Jeffrey M. Monhait (*Admitted Pro Hac Vice*)
COZEN O'CONNOR
999 Third Avenue, Suite 1900
Seattle, WA 98104
Tel: (206) 340-1000
Fax: (206) 621-8783
pzecchini@cozen.com
jmonhait@cozen.com

*Counsel for Defendant GoDaddy.com, LLC*

SIGNED AND DATED this 26th day of November, 2019 at Fairhope, AL.

  *s/ Earl P Underwood, Jr.*
  EARL P. UNDERWOOD, Jr:

3