# Exhibit E

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **JASON BENNETT, SUSAN DRAZEN,** | ) | |
| **JOHN HERRICK, on behalf of** | ) | |
| **themselves and other persons similarly** | ) | |
| **situated,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No. 1:19-cv-00563-KD-B** |
| **v.** | ) | |
| | ) | **Hon. Kristi K. DuBose** |
| **GODADDY.COM, LLC, a Delaware** | ) | |
| **Limited Liability Company,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DECLARATION OF ROBERT M. HATCH IN SUPPORT OF PLAINTIFFS' MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, Robert M. Hatch, pursuant to 28 U.S.C. § 2746, declare under penalty of perjury that the following is true and correct. I am fully competent to make this Declaration. I have personal knowledge of all matters set forth herein unless otherwise indicated. And I would testify to all such matters if called as a witness in this matter.

1.  I am an adult over the age of 18 and a resident of the State of Hawai'i. I am an attorney with the law firm Bock, Hatch, Lewis & Oppenheim, LLC ("BHLO"), I am licensed to practice law in the States of Illinois, Michigan and Hawai'i, and I am one of the attorneys representing John Herrick ("Herrick"), Jason Bennett ("Bennett"), and Susan Drazen ("Drazen"), (collectively, "Plaintiffs"[1])—the respective plaintiffs in the Actions, including this case—and the putative class in this matter. I have devoted my practice to class actions for the past twenty-five years and am fully competent to make this Declaration in support of Plaintiffs' Unopposed Motion

---

[1] Unless otherwise stated, capitalized terms have the same meaning as those terms are used in the Amended Class Action Settlement Agreement, attached to Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement as <u>Exhibit A</u>.

& Memorandum in Support of Preliminary Approval of Class Action Settlement being submitted to this Court.

2.      BHLO is a class action litigation firm based in Chicago, Illinois that focuses on TCPA claims such as those at issue in this case. For more than seventeen years, BHLO has pursued TCPA claims on behalf of classes in state and federal courts across the United States. For example, BHLO has tried five certified TCPA class actions to verdict, obtained fourteen contested summary judgments in favor of certified TCPA classes, argued forty-nine appeals concerning TCPA class action claims, and secured innumerable finally approved settlements in favor of TCPA classes. Attached hereto is a true and accurate copy of the firm's resume, which provides further information about the firm's relevant experience.

3.      Herrick represented by BHLO commenced an action against Defendant GoDaddy.com, LLC ("GoDaddy") in the District Court for the District of Arizona, No. 2:16-cv-00254-DJH, on January 28, 2016. Herrick alleged GoDaddy sent him and a class of approximately 100,000 others unsolicited text messages using an "Automated Telephone Dialing System" ("ATDS") in violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227(b)(1)(A)(ii). BHLO has devoted substantial resources to the representation of Herrick and the putative class from the commencement of the action to the present day.

4.      I, along with the other attorneys of my firm, have concluded that the Agreement is fair, reasonable and adequate in light of the attendant risks of protracted litigation and the significant relief being provided to the putative Class.  While I believe that the merit of Plaintiffs' cases could and would be proven at trial, I recognize the substantial risk and inherent uncertainty which continued litigation imposes on Plaintiffs and the Class members.  Based on extensive investigation and discovery that has occurred in this litigation, together with years of experience

prosecuting similar litigation in courts elsewhere nationwide, I believe that the settlement reached in this matter is in the best interests of Plaintiffs and the Class members involved.

     5.     I believe the settlement reached in this matter is fair and in the best interests of the class.

     I declare under penalty of perjury that the following is true and correct.

     Executed on January 10, 2020 in Honolulu, Hawai'i.

/s/ Robert M. Hatch
Robert M. Hatch, Esq.

# EXHIBIT 1

BOCK, HATCH, LEWIS & OPPENHEIM, LLC

FIRM RESUME AND INDIVIDUAL ATTORNEY BIOGRAPHIES

## BOCK, HATCH, LEWIS & OPPENHEIM, LLC[1]

The firm's attorneys work exclusively on class actions. We have produced seminal work on TCPA class actions since 2003. We currently represent classes that were certified over the defendants' objections, settlement classes in ongoing third-party litigation, and putative classes working their way toward class certification.

## TCPA CLASS ACTIONS TRIED TO VERDICT

**The firm's attorneys have served as *lead* counsel on TCPA class actions tried to verdict, including:**

*Bridgeview v. Clark*, 09 C 5601 (N.D. Ill. Jan. 2014) (bench trial).

*City Select v David Randall Assoc., et al.*, No. 11-cv-02658 (D.N.J. May 26, 2016) (jury trial).

*Mixon Ins. Agency, Inc. v. Taylorville Chiropractic, et al*, No 09 L 0509, Court Order (Cir. Ct. of St. Clair Cnty., Ill. Jan. 30, 2015) (bench trial).

*Paldo Sign & Display Co. v. Wagener Equities, Inc.,* No. 09 C 07299 (N.D. Ill. Jan. 2015) (jury trial).

*Reliable Money Order, Inc. v. McKnight Sales Co.*, Case No. 10-c-242 (E.D. Wis., Sept. 2013) (jury trial).

**The firm's attorneys have prepared TCPA class actions for trial that settled immediately before or during trial, with the firm's attorneys serving as *lead* trial counsel, including:**

*CE Design v. Cy's Crab House North, Inc., et al.*, 259 F.R.D. 135 (N.D. Ill., August 2010) (settled on second day of jury trial).

*Dewar v Kolesov*, 09CA2724 (Cir. Ct. of Lee Cnty., Fla., April, 2014) (settled on first day of trial).

*Palm Beach v. Sarris,* No. 12-cv-80178 (S.D. Fla. May 31, 2016) (settled on first day of trial).

---

[1]   Throughout its history, the firm's lawyers have practiced under several different names, including Diab Macey & Bock, Diab & Bock, LLC, Bock & Hatch, LLC, and Bock, Hatch, Lewis & Oppenheim, LLC.

*Wilder v Microwize*, CASE NO. 11 CV 4357 (Cir. Ct. of Dane Cnty., Wisc. September 2015) (settled January 21, 2016).

## TCPA CLASS ACTIONS -- SUMMARY JUDGMENT GRANTED

**Courts have granted summary judgment to certified classes in TCPA actions in which the firm wrote the summary judgment briefs, including:**

*Am. Copper & Brass, Inc. v. Lake City Indus. Prods., Inc.,* No. 1:09-CV-1162, 2013 WL 3654550, 4 (W.D. Mich. July 12, 2013), aff'd *Am. Copper & Brass, Inc. v. Lake City Indus. Products, Inc.,* 757 F.3d 540 (6th Cir. 2014).

*Blue Wave Corp. v. North End Chiropractic, LLC*, SUCV2010-1571, Mem. of Decision and Order on Cross-Motions for Summ. J., **4-5 (Mass. Sup. Ct. Sept. 20, 2013) (B2B) (Lewis argued).

*City Select Auto Sales, Inc. v. David Randall Assocs., Inc., et al*, 96 F. Supp. 3d 403, 426 (D.N.J. 2015) (Lewis argued).

*Coyne Appraisal Grp., LLC v. Associated Physical Medicine P.C.*, No. 1011-CV11102 (St. Charles County, Mo. Nov. 25, 2013).

*Dewar v. Dough Boy Pizza, Inc.* No. 09-CA-4744 (20th Cir., Lee Cnty, Fla. Sept. 2, 2014) (Lewis argued).

*Exclusively Cats Veterinary Hospital v. Anesthetic Vaporizer Servs., Inc.*, No. 10-10620 (E.D. Mich. Aug. 10, 2011).

*G.M. Sign, Inc. v. Group C Commc'ns, Inc.*, No. 08-04521, 2011 WL 98825 (N.D. Ill. Jan. 10, 2011).

*Hinman v. M and M Rental Ctr., Inc.*, 596 F. Supp. 2d 1152, 1163 (N.D. Ill. 2009).

*Ira Holtzman, C.P.A. & Assocs., Ltd. v. Turza*, 728 F.3d 682, 683 (7th Cir. 2013).

*Jackson's Five Star Catering, Inc. v. John R. Beason d/b/a Tax Connection World, et al.*, Case No. 10-10010, 2013 WL 5966340 (E.D. Mich. Nov. 8, 2013).

*Loncarevic and Assocs., Inc. v. Stanley Foam Corp.*, No. 09 CH 15403 (Cir. Ct. of Cook Cnty., Ill., Feb. 5, 2015) (Mem. Op. and Order)

*Paldo Sign and Display Co. v. Wagener Equities, Inc.,* No. 09 C 07299, 2014 WL 4376216 (N.D. Ill. Sept. 4, 2014).

*Quality Mgmt. and Consulting Servs., Inc. v. Commercial Asphalt Maintenance, Inc.*, No. 08 CH 38641 (Cir. Ct. of Cook Cnty., Ill. Aug. 19, 2014).

*The Siding & Insulation Co. a/k/a The Aluminum Siding & Insulation Co., Inc., v. Combined Ins. Grp. Ltd.*, No. 11 CV 1062 (N.D. Ohio Apr. 17, 2014).

## TCPA APPELLATE DECISIONS

**The firm's lawyers have briefed and argued numerous class actions in federal and state appellate courts around the United States. These include:**

*Am. Copper & Brass, Inc. v. Lake City Indus. Products, Inc.*, 757 F.3d 540 (6th Cir. 2014) (Bock argued).

*Anderson Office Supply, Inc. v. Advanced Medical Assocs., P.A.*, 273 P.3d 786, 800 (Kan. App. Ct. 2012).

*Arnold Chapman and Paldo Sign & Display Co. v. Wagener Equities Inc.*, 747 F.3d 489 (7th Cir. 2014).

*Auto-Owners Ins. Co. v. Tax Connection Worldwide, LLC*, 2012 WL 6049631 (Mich. App. Dec. 4, 2012) (insurance coverage) (Oppenheim argued).

*Blitz v. Agean, Inc.,* No. 12-1133 (N.C. Ct. App. Feb. 11, 2013) (Bock argued).

*Bridgeview Health Care Center, Ltd. v. Clark*, 816 F.3d 935 (7th Cir. 2016) (Bock argued).

*Bridgeview Health Care Center, Ltd. v. State Farm Fire & Cas. Co.*, 2014 IL 116389 (Ill. 2014) (insurance coverage) (Oppenheim argued).

*Bridging Communities Inc. v. Top Flite Fin. Inc.*, 843 F.3d 1119 (6th Cir. 2016) (Oppenheim argued).

*BNS Ltd. v. Redondo Family Chiropractic, Inc., P.S.,* No. 09-2-19352-5 (King Cnty. Wash. Nov. 30, 2010) (Bock argued).

*CE Design Ltd. v. C & T Pizza, Inc.,* 2015 IL App. (1st) 131465 at *158, 32 N.E.2d 150 (Ill. App. 2015).

*CE Design, Ltd. v. Cy's Crab House North, Inc.*, 731 F.3d 725 (7th Cir. 2013).

*CE Design Ltd., v. Prism Bus. Media, Inc.*, 606 F.3d 443 (7th Cir. 2010) (Oppenheim argued).

*CE Design Ltd., v. King Supply Co.* 791 F.3d 722 (7th Cir. 2015) (Oppenheim argued).

*CE Design Ltd. v. King Architectural Metals, Inc.*, 637 F.3d 721 (7th Cir. 2011).

*Chapman v. First Index, Inc.*, 796 F. 3d 783 (7th Cir. 2015) (Bock argued).

*City Select Auto Sales Inc. v. BMW Bank of N. Am. Inc.*, 867 F.3d 434 (3d Cir. 2017) (Bock argued).

*Columbia Cas. Co. v. HIAR Holding, L.L.C.*, 411 S.W.3d 258 (Mo. 2013) (insurance coverage).

*Critchfield Physical Therapy v. Taranto Group, Inc.*, 263 P.3d 767 (Kan. 2011).

*Dewar v. Dough Boy Pizza, Inc.*, 184 So. 3d 1169 (Fla. Dist. Ct. App. 2015).

*Dr. Robert Meinders, D.C., Ltd. v. UnitedHealthcare, Inc.*, 800 F.3d 853 (7th Cir. 2015) (Bock argued).

*Erie Ins. Exchange v. Lake City Indus. Products, Inc.*, 2012 WL 1758706 (Mich. App. May 17, 2012) (insurance coverage).

*Ewing Indus. Corp. v. Bob Wines Nursery, Inc.*, 795 F.3d 1324 (11th Cir. 2015) (Bock argued).

*G.M. Sign, Inc. v. Swiderski Electronics, Inc.*, 2014 IL App (2d) 130711 (Ill. App. 2014) (Oppenheim argued).

*Hazel's Cup & Saucer, LLC v. Around the Globe Travel, Inc.,* 15 N.E.3d 220 (Mass. App. Ct. 2014) (Lewis argued).

*Imhoff Inv., LLC v. Alfoccino, Inc.*, 792 F.3d 627 (6th Cir. 2015).

*Italia Foods, Inc. v. Sun Tours, Inc.*, 2011 IL 110350 (Ill. 2011).

*Ira Holtzman, C.P.A. & Assocs., Ltd. v. Turza*, 728 F.3d 682, 683 (7th Cir. 2013) (Bock argued).

*JT's Frames, Inc. v. Sunhill NIC Co., Inc.*, 2012 WL 6968914 (Ill. App. Mar. 26, 2012)

*Landmark American Ins. Co. v. NIP Group, Inc.*, 2011 IL App (1st) 101155 (Ill. App. 2011)

*Loncarevic and Assocs., Inc. v. Stanley Foam Corp.*, 2017 IL App (1st) 150690 (Ill. App. 2017).

*Nack v. Walburg*, 715 F.3d 680 (8th Cir. 2013) (Bock argued twice).

*Owners Ins. Co. v. European Auto Works, Inc.*, 695 F.3d 814 (8th Cir. 2012) (insurance coverage) (Oppenheim argued).

*Palm Beach Center-Boca, Inc. v. Sarris D.D. S. P.A.,* 781 F.3d 1245 (11th Cir. 2015).

*Pekin Ins. Co. v. XData Solutions, Inc.*, 2011 IL App (1st) 102769 (Ill. App. 2011) (insurance coverage).

*Reliable Money Order, Inc. v. McKnight Sales Co.,* 704 F.3d 489 (7th Cir. 2013) (Bock argued).

*Roberts v. Paypal, Inc., et al.*, No 13-16304 (9th Cir. 2015) (Bock argued).

*Sabon v. Aqualogic*, No. 09 037436-07 (Cir. Ct. of Broward Cnty., Fla. Jul. 5, 2013) (Piper and Lewis argued).

*Sawyer v. Atlas Heating and Sheet Metal Works, Inc.*, 642 F.3d 560 (7th Cir. 2011) (Bock argued).

*Sawyer v. West Bend Mut. Ins. Co.*, 343 Wis.2d 714 (Wis. App. 2012) (insurance coverage) (Oppenheim argued).

*Siding and Insulation Co. v. Alco Vending, Inc.*, 2016 WL 2620507 (6th Cir. 2016) (Bock argued).

*Sparkle Hill, Inc. v. Interstate Mat Corp.*, 788 F.3d 25 (1st Cir. 2015) (Bock argued).

*Standard Mut. Ins. Co. v. Lay*, 2013 IL 114617 (Ill. 2013) (insurance coverage).

*St. Louis Heart Ctr,, Inc. v. Jackson & Coker Locumtenens*, 2013 WL 709630 (8th Cir. 2013).

*Subclass 2 of Master Class of Plaintiffs Defined & Certified in Jan. 30, 2006 & July 28, 2006 Orders of Circuit of Court of Cook Cty., Ill. in Litig,* Travel 100 Group, Inc., v. Melrose Hotel Co., et al., v. St. Paul Fire and Marine Ins. Co., 503 F.3d 339 (3d Cir. 2007) (insurance coverage) (Bock argued).

*Travelers Property Cas. v. Good*, 689 F.3d 714 (7th Cir. 2012) (insurance coverage) (Oppenheim argued).

*Uesco Indus., Inc. v. Poolman of Wisconsin, Inc.*, 2013 IL App (1st) 112566, 993 N.E.2d 97 (Ill. App. Ct., 1st Cir., Jun. 17, 2013) (Bock argued).

*Valley Forge Ins. Co. v. Swiderski Electronics, Inc.*, 223 Ill.2d 352 (Ill. 2006) (insurance coverage) (Bock argued).

*Wellington Homes, Inc. v. West Dundee China Palace Restaurant, Inc.*, 2013 IL App (2d) 120740 (Ill. App. 2013).

## CONTESTED CLASSES:

**Trial courts have appointed the firm's lawyers as class counsel in many contested class certifications. These include:**

*A & L Industries, Inc. v. P. Cippollini, Inc.*, Civ. Action No. 12-07598, 2013 WL 5503303 (D.N.J. Oct. 2, 2013), *reconsideration denied*, 2013 WL 6145766 (D.N.J. Nov. 21, 2013), *pet. for leave to appeal denied*, 13-8094 (3rd Cir. Mar. 20, 2014).

*A Aventura Chiropractic v. McCullem-Tankless,* No. 2009 CA 023494 (15th Cir., Palm Beach Cnty. Fla. 2015) (class certification argued by Lewis).

*Abbey Pub, Inc. v. Midwest Energy, Inc.,* No. 09 CH 24516 (Cir. Ct. of Cook Cnty., Ill., Sept. 29, 2009) (appointing the firm class counsel).

*All American Painting, LLC v. Chiropractic & Sports Injury Ctr. of Creve Coeur, P.C.*, No. 08SL-CC02116 (St. Louis Cnty., Mo. Aug. 15, 2011) (Order granted Bock & Hatch as Class Counsel).

*Am. Copper & Brass, Inc. v. Lake City Indus. Prods., Inc.*, Case No. 09-CV-1162, 2012 WL 3027953 (W.D. Mich., Jul. 24, 2012) (Order granted Bock & Hatch as Class Counsel).

*Amato v. Attorney's Nat'l Title Network, Inc.*, No. 01 CH 12616 (Cir. Ct. of Cook Cnty., Ill. Aug. 29, 2003) (class certification argued by Bock).

*Anderson Office Supply, Inc. v. Advanced Medical Assocs., P.A., et al.*, 09 CV 178 (Kan. Dist. Ct. Nov. 17, 2010), affirmed, *Anderson Office Supply, Inc. v. Advanced Medical Assocs., P.A.,* 273 P.3d 786, 800 (Kan. App. Ct. 2012).

*Austria v. Option One Mortgage Corp.*, 01 CH 12615 (Cir. Ct. of Cook Cnty., Ill. Mar. 1, 2006) (class certification argued by Bock).

*Babb Real Estate LLC, v. Bennett & Olstad*, 10-cv-119-wmc, (W.D. Wisc. Jul. 29, 2011) (Op. and Order granted Bock & Hatch as class counsel.).

*Blue Wave Corp. v. North End Chiropractic LLC*, No. 2010-01571-F (Mass. Sup. Ct. Sept. 24, 2012) (class certification argued by Lewis)

*BNS, Limited v. Redondo Family Chiropractic, Inc., P.S.* No. 09-2-19352-5 SEA, (Super. Ct. of Wash., King Cnty. Jun. 9, 2010) (Order granted and appointed Bock & Hatch as class counsel).

*Boschert v. Prof'ls Direct Ins. Servs., Inc.*, No. 0811-CV04642 (Cir. Ct. of St. Charles Cnty, Mo. June 6, 2011).

*Bouschard v. Cingular Wireless, Inc.*, No. 01 MR 718 (Cir. Ct. of Lake Cnty., Ill. Apr. 26, 2002) (class certification argued by Bock).

*Bridgeview Health Care Ctr. Ltd. v. Clark*, 09 C 5601, Memo. Op. and Order (N.D. Ill. Sept. 30, 2011) (Valdez, J.) (TCPA litigation).

*Bridgeview Health Care Ctr. Ltd. v. Dr. Nathan Long, DDS*, No. 09 CH 15983 (Cir. Ct. of Cook Cnty., Ill. Nov. 1, 2012).

*Brodsky v. Kaigler & Co.*, No. 08 CH 44036 (Cir. Ct. of Cook Cnty., Ill. Dec. 4, 2013).

*Cabinet Dimensions, Inc. v. Montes*, No. 09 CH 15977 (Cir. Ct. of Cook Cnty., Ill. Oct. 26, 2011).

*CE Design v. Beaty Constr., Inc.*, Case No. 07 –cv-3340, 2009 WL 192481 (N.D. Ill. Jan. 26, 2009) (Hibbler, J.) (TCPA litigation).

*CE Design Ltd. v. C&T Pizza, Inc. et al*, No. 06 CH 27638 (Cir. Ct. of Cook Cnty. Cir. Apr. 4, 2013) (Novak, J.) (same), *affirmed CE Design Ltd. v. C&T Pizza, Inc. et al*, 32 N.E.3d 150, 2015 IL App (1st) 131465 (Ill. Ct. App. May 8, 2015) (same) (TCPA litigation).

*CE Design v. Cy's Crab House North, Inc., et al.*, 259 F.R.D. 135 (N.D. Ill., Kennelly, J.) *app. denied* (Sept. 9, 2009) (TCPA litigation).

*CE Design v. King Architectural Metals, Inc.*, No. 09 C 2057, 2010 WL 5146641, * 6 (N.D. Ill. Dec. 13, 2010), *reversed on other grounds, CE Design Limited v. King Architectural Metals, Inc.*, 637 F.3d 721, 723-24 (7th Cir. 2011) (TCPA litigation).

*CE Design v. Letrix USA, Inc.*, 06 CH 26834, (Cir. Ct. of Cook Cnty., Ill. Aug. 30, 2010) (TCPA litigation).

*CE Design v. Matrix LS, Inc.*, No. 05 L 269 (Cir. Ct. of Lake Cnty., Ill. Apr. 16, 2010). (TCPA litigation) (class certification argued by Bock).

*CE Design v. The Tradeshow Network Mktg. Grp.*, 03 CH K 964 (Cir. Ct. of Kane Cnty., Ill. Dec. 2, 2004) (TCPA litigation) (class certification argued by Bock).

*City Select Auto Sales, Inc. v. David Randall Assocs., Inc., et al*, 296 F.R.D. 299 (D.N.J. 2013), *pet. for leave to appeal denied*, 14-8001 (3rd Cir. Mar. 20, 2014) (TCPA litigation) (class certification argued twice by Lewis).

*Collins v. Locks & Keys of Woburn, Inc.*, No. 07-4207-BLS (Mass. Sup. Ct. Jul. 3. 2009) (class certification argued by Lewis).

*Compressor Engineering Corp. v. Charles J. Thomas-Chicken Shack,* No. 10-cv-10059 (E.D. Mich. 2015) (class certification argued by Lewis).

*Coyne Appraisal Group, LLC v. Associated Physical Medicine, P.C.*, No. 1011-CV-11102 (Cir. Ct. of St. Charles Cnty., Mo. Aug 5, 2013).

*Creative Montessori Learning Ctrs. v. Ashford Gear, LLC,* No. 09 CV 3963, 2011 WL 3273078 (N.D. Ill. July 27, 2011) (Gettleman, J.) (certifying class), 662 F.3d 913 (7th Cir. 2011) (vacated and remanded), 2012 WL 3961307 (N.D. Ill. Sept. 10, 2012) (certifying class) (Gettleman, J.), *app. denied*, 12-8036, Order (October 11, 2012) (TCPA litigation).

*Critchfield Physical Therapy v. The Taranto Group, Inc.,* 263 P.3d 767, 2011 WL 4505794, **10-11 (Kan. Sup. Ct., Sept. 30, 2011) (TCPA litigation).

*Defrates v. Hollywood Video Entm't Corp.*, No. 02 L 707 (Cir. Ct. of St. Clair Cnty., Ill.).

*Dewar v. Kolesov & Assocs.*, P.A., No. 09-CA-2724 (Cir. Ct. of Lee Cnty., Fla. Dec. 14, 2011) (class certification argued by Lewis).

*Duenas v. Trend Techs., et al.*, 03 C 801 & 04 C 212 (N.D. Ill., Nov. 3, 2004 Kennelly, J.). *Exclusively Cats Veterinary Hosp. v. Anesthetic Vaporizer Servs., Inc.*, No. 10-10620, 2010 WL 5439737 (E.D. Mich. Dec. 27, 2010) (TCPA litigation).

*Flashtric Sign, Inc. v. Georgia Printco, LLC*, No. 08 CH 38639 (Cir. Ct. of Cook Cnty., Ill. Mar. 10, 2014) (class certification argued by Piper).

*Florida First Fin. Grp., Inc., v. Magnum Painting, Inc.*, No. 10-481 (Cir. Ct. of Hillsborough Cnty., Fla. Oct. 14, 2010).

*G.M. Sign, Inc. v. 400 Freight Servs., Inc.*, No. 07 CH 2772 (Cir. Ct. of Lake Cnty., Ill. Jan. 7, 2010). (TCPA litigation).

*G.M. Sign, Inc. v. BackHauLine, Inc.*, No. 07 CH 758 (Cir. Ct. Lake Cnty., Ill. Mar. 31, 2009) (TCPA litigation) (class certification argued by Bock).

*G.M. Sign, Inc. v. Finish Thompson, Inc.*, No. 07 CV 5953, 2009 WL 2581324 (N.D. Ill. Aug. 20, 2009) (Kendall, J.) (TCPA litigation).

*G.M. Sign, Inc. v. Franklin Bank, S.S.B.*, 06 C 949 (N.D. Ill. Aug. 20, 2008) (Kocoras, J.) (TCPA litigation).

*Goans Acquisition, Inc. v. Hard Wok Cafes, Inc.*, No. 0931-CV17797 (Cir. Ct. of Green Cnty., Mo. Jun. 2, 2011).

*Green v. Dahn Yoga & Health Ctrs., Inc.*, 07 CH 29482 (Cir. Ct. of Cook Cnty., Ill. Nov. 14, 2011) (class certification argued by Piper).

*Green v. Service Master On Location Servs. Corp.*, No. 07 C 4705, 2009 WL 1810769 (N.D. Ill. June 22, 2009) (Hibbler, J.) (TCPA litigation).

*Hall v. Sprint Spectrum L.P.*, 04 L 113 (Cir. Ct. of Madison Cnty., Ill.), affirmed, 376 Ill. App. 3d 822, 876 N.E.2d 1036 (5th Dist. 2007), petition for leave to appeal denied, 226 Ill. 2d 614 (Ill. 2008).

*Hawk Valley, Inc. v. Taylor*, 301 F.R.D. 169 (E.D. Pa. 2014), *pet. for leave to appeal denied*, 14-8039 (3rd Cir. May 8, 2014) (TCPA litigation) (class certification argued by Bock).

*Hazel's Cup & Saucer, LLC v. Around the Globe Travel, Inc.,* 15 N.E.3d 220 (Mass. App. Ct. 2014) (class certification argued by Lewis).

*Heger v. Attorneys Title Guar. Fund, Inc*, No. 03 L 398 (Cir. Ct. of Lake Cnty., Ill.) (Bock argued class certification, all substantive motions, and took responsibility for delivering settlement benefits to class).

*Hinman v. M&M Rentals*, 545 F. Supp. 2d 802 (N.D. Ill., Bucklo, J.), petition for leave to appeal denied, June 17, 2008) (TCPA litigation).

*Holtzman v. Turza*, No. 08 C 2014, 2009 WL 3334909 (N.D. Ill. Oct. 14, 2009) (Gettleman, J.) (certifying class); *Holtzman*, 2010 WL 3076258 (Aug. 3, 2010) (granting partial summary judgment on behalf of class); *Holtzman*, 2011 WL 3876943, *4 (Aug. 29, 2011) (summary judgment awarding $4,215,000 to plaintiff class) (TCPA litigation).

*Hunter v. Ramada Franchise Sys., Inc.*, No. 01 CH 5751 (Cir. Ct. of Cook Cnty., Ill. Aug. 31, 2001) (class certification argued by Hatch).

*Imhoff Inv., L.L.C. v. Sammichaels, Inc.*, Case No. 10-10996, 2012 WL 4815090 (E.D. Mich. Oct. 1, 2012) (Battani, J.), *appeal denied*, 2013 WL 1760353 (6th Cir. Apr. 25, 2013) (TCPA litigation).

*In re Toys 'R' Us—Delaware, Inc.—Fair and Accurate Credit Transactions Act (FACTA) Litig.,* MDL No. CV 08-01980 MMM (FMOx) (C.D. Cal. Jan. 11, 2013).

*Irish Sisters, Inc. v. Crown Mortgage Co.*, 09 CH 10688, Mem. and Order, (Cir. Ct. of Cook Cnty, Ill. Jun. 20, 2011) (Quinn, J.) (TCPA litigation).

*Jackson's Five Star Catering, Inc. v. Beason*, Case No. 10-10010 (E.D. Mich. Apr. 20, 2011) (TCPA litigation).

*JT's Frames v. The Sunhill NIC Co.,* 07 CH 436, Order (Cir. Ct. of McHenry Cnty., Ill. Cir. Ct., Jun. 15, 2011) (TCPA litigation).

*Loncarevic and Assocs. Inc. v. Stanley Foam Corp.*, No. 09 CH 15403 (Cir. Ct. of Cook Cnty, Ill. Apr. 4, 2013) (TCPA litigation) (class certification argued by Piper).

*Lyngaas v. Curaden AG,* Case No. 17-cv-10910, 2019 U.S. Dist. LEXIS 86880 (E.D. Mich. May 23, 2019)

*Maulding v. Hilton Hotels Corp.*, No. 02-L-0645 (Cir. Ct. of St. Clair Cnty., Ill., Jun.23, 2003).

*Mixon Ins. Agency, Inc. v. Taylorville Chiropractic, et al*, No 09 L 0509, Class Certification Order (Cir. Ct. of St. Clair Cnty, Ill. Aug. 8, 2011) (Cueto, J.) (TCPA litigation).

*Paldo Sign & Display Co. v. Topsail*, No. 08 C 5959, 2010 WL 4931001 (N.D. Ill. Nov. 29, 2010) (Kennelly, J.) (TCPA litigation).

*Paldo Sign & Display Co. v. Wagener Equities, Inc.* No. 09 C 7299 (N.D. Ill. Feb. 11, 2014).

*Pardridge Motors, Inc. v. Tackitt*, No. 09 CH 33820 (Cir. Ct. of Cook Cnty., Ill. Sept. 19, 2011).

*P.J.'s Concrete Pumping Serv. v. Nextel Wireless*, No. 01 MR 860 (Cir. Ct. of Lake Cnty., Ill., May 15, 2002), *aff'd*, 345 Ill. App. 3d 992, 803 N.E.2d 102 (2d Dist. 2004), petition for leave to appeal denied, 209 Ill. 2d 584, certiorari denied.

*Reliable Money Order, Inc. v. McKnight Sales Co.,* 281 F.R.D. 327 (E.D. Wisc.2012) (TCPA litigation).

*Robert A. Dalzell, Inc. v. European Tile & Floors, Inc.*, No. 09-c15183-CI-11 (Cir. Ct. of Pinellas Cnty., Fla. Nov. 4, 2011).

*Sabon v. Aqualogic*, No. 09 037436 07 (Cir. Broward County, FL Nov. 30, 2012) (class certification argued by Lewis, Piper, and Cohen).

*Savanna Group, Inc. v. Trynex, Inc.*, No. 10-cv-7995, 2013 WL 66181, *5-*8 (N.D. Ill. Jan. 4, 2013) (St. Eve, J.) and Doc. 176 (N.D. Ill. Feb. 20, 2013) (TCPA litigation). (TCPA litigation).

*Shurland v. Bacci Café & Pizzeria on Ogden, Inc.*, No. 08 C 2259 (N.D. Ill. Aug. 19, 2009).

10

*Siding &Insulation Co. v. Combined Ins. Grp., Ltd., Inc.*, Case No. 11 CV 1062, 2012 WL 1425093 (N.D. Ohio Apr. 24, 2012) (TCPA litigation).

*Sparkle Hill, Inc. v. Interstate Mat Corp.*, No. 11-10271-RWZ, 2012 WL 6589258 (D. Mass. Dec. 18, 2012) (TCPA litigation) (class certification argued by Lewis).

*Targin Sign Sys., Inc. v. CYC Golden Palace Corp.,* No. 08 Ch 155516 (Cir. Ct. of Cook Cnty., Ill. Sept. 27, 2011).

*Targin Sign Sys., Inc. v. Preferred Chiropractic Center, Ltd.*, 679 F.Supp.2d 894 (N.D. Ill. Jan. 21, 2010) (Shadur, J.). (TCPA litigation).

*Telecommunications Network Design, Inc. v. McLeod USA, Inc.*, 03 CH 8477 (Cir. Ct. of Cook County, Ill. Nov. 1, 2005). (TCPA litigation) (class certification argued by Bock).

*Uesco Indus., Inc. v. Poolman of Wis., Inc.*, 09 CH 16028, Mem. and Order (Cir. Ct. of Cook Cnty, Ill. Aug. 10, 2011) (TCPA litigation).

*Van Sweden Jewelers, Inc. v. 101 VT, Inc.*, Case No. 1:10-cv-253, 2012 WL 4127824 (W.D. Mich. Sept. 19, 2012) (TCPA litigation).

*Welles v. Sprint Corp.*, No. 01 CH 1387 (Cir. Ct. of Cook Cnty., Ill.).

*Wilder Chiropractic, Inc. v. Microwize Technology, Inc.,* No. 11 CV 4357 (Cir. Ct. of Dane Cnty., Wis. Nov. 24, 2014).

*Windmill v. Gornick's Auto Rebuilders, Inc. & James A. Gornick*, No. 09 CH 15975 (Cir. Ct. of Cook Cnty., Ill. Apr. 17, 2013).

*Windmill Nursing Pavillion, LTD. v. Res-Care Illinois, Inc.*, 09 CH 16377, Memorandum Opinion and Order (Cir. Ct. of Cook Cnty , Ill. Mar. 18, 2011)(Quinn, J.) (TCPA litigation – certifying class).

*Wratchford v. Accredited Home Lenders*, 02 L 1556 (Cir. Ct. of Madison Cnty., Ill., Jan. 28, 2005).

*Wratchford v. CBSK Fin.,* 02 L 1555 (Cir. Ct. of Madison Cnty., Ill. Jan. 28, 2005).

## SETTLEMENT CLASSES:

The firm and its attorneys have been class counsel in the settlements of dozens of TCPA class actions and other types of class actions, as well.

## OTHER PENDING CLASS ACTIONS:

We are litigating dozens of putative class actions in state and federal courts.

11

## PHILLIP A. BOCK

**Manager of the Firm**

**EDUCATION**

**University of Virginia School of Law**

Degree: J.D., 1994

**University of Illinois at Urbana-Champaign**

Degree: M.A., 1991 (Political Science)

**Augustana College, Rock Island, IL**

Degree: B.A. (Business Administration/Political Science)

Phi Beta Kappa; Dean's List.

**ADMISSIONS**

Illinois, Nov. 10, 1994

Florida, Nov. 28, 2011

United States Supreme Court, 2013

United States Court of Appeals for the District of Columbia Circuit, 2016

United States Court of Appeals for the First Judicial Circuit, 2014

United States Court of Appeals for the Third Judicial Circuit, 2008

United States Court of Appeals for the Sixth Judicial Circuit, 2010

United States Court of Appeals for the Seventh Judicial Circuit, 1998

United States Court of Appeals for the Eighth Judicial Circuit, 2011

United States Court of Appeals for the Ninth Judicial Circuit, 2015

United States Court of Appeals for the Eleventh Judicial Circuit, 2013

United States District Court for the Central District of Illinois, 2010

United States District Court for the Northern District of Illinois, 1994

Trial Bar for the Northern District of Illinois, 1998

United States District Court for the Southern District of Illinois, 2002

United States District Court for the Middle District of Florida, 2013

United States District Court for the Southern District of Florida, 2012

United States District Court for the Eastern District of Michigan, 2011

United States District Court for the Western District of Michigan 2011

United States District Court for the Eastern District of Missouri, 2012

United States District Court for the Eastern District of Wisconsin, 2010

United States District Court for the Western District of Wisconsin, 2010

## CURRENT PROFESSIONAL ORGANIZATIONS

Lake County Bar Association

American Bar Association

## APPELLATE EXPERIENCE

In addition to extensive litigation experience in federal and state trial courts, Bock has significant appellate experience, having argued appeals in the U.S. Court of Appeals for the First, Third, Sixth, Seventh, Eighth, Ninth, and Eleventh Circuits, the Supreme Court of Illinois, the California Court of Appeals, the Florida Court of Appeals, the Illinois Court of Appeals for the First, Second, and Fifth Districts, the Massachusetts Court of Appeals, the Missouri Supreme Court and the Missouri Court of Appeals, the New Jersey Court of Appeals, and the North Carolina Court of Appeals.

## ROBERT M. HATCH

### PROFESSIONAL EMPLOYMENT

**Bock, Hatch, Lewis & Oppenheim, LLC (f/k/a Bock & Hatch, LLC)**

Attorney: July 2005 to present

**Diab & Bock (f/k/a Macey Chern & Diab)**

Of Counsel: 2001 to July 22, 2005

**Lovells**

Partner: 1998 to 2001

Associate: 1995 to 1998

**Sidley & Austin**

Associate: 1990 to 1995

### EDUCATION

**Wayne State University**

Degree: J.D., 1990

Honors: Cum Laude, Order of the Coif

**University of Michigan**

Degree: B.A., 1986

### ADMISSIONS

Illinois, 1990

Hawaii, 2002

Michigan, 1992

United States Court of Appeals for the Seventh Circuit, 1996

United States Court of Appeals for the Ninth Circuit, 2013

United States Court of Appeals for the Eleventh Circuit, 2019

United States District Court for the Northern District of Illinois, 1990

United States District Court for the District of Hawaii, 2002

## PROFESSIONAL ORGANIZATIONS

### Chicago Bar Association

Member: 1991 to 2001

Chair: Consumer Credit Committee 1999

### Asian American Bar Association for the Greater Chicago Area

Member: 1991 to 2001

Chair: Legislative and Judicial Developments Committee 1992-94

Awards: Member of the Year Award 1993

## PUBLISHED ARTICLES

 "RICO Theories, Cases and Strategies In Consumer Litigation: Strategies for Defending Section 1962 Claims," 53 Consumer Finance Law Quarterly Report 140 (1999)

"*Taylor v. Quality Hyundai, Inc.:* Assignee Liability Under Section 1641(a) of the Truth in Lending Act," 52 Consumer Finance Law Quarterly Report 354 (1998)

## PRIOR CONSUMER CLASS ACTION EXPERIENCE

*Ashley v. Associates Corporation of North America*, No. 1:97-CV-1451 (N.D. Ga.)

*Associates Financial Services Corporation v. Rutter*, No. 98 CV 242 (Court of Common Pleas, Fairfield County, Ohio)

*Associates Financial Services Corporation v. Hull*, No. 98 CVE-01-442 (Court of Common Pleas, Franklin County, Ohio)

*Barboza v. Ford Consumer Finance Company*, No. 94-12352-GAO (D. Mass.)

*Bornhorst v. Primus Automotive Financial Services, Inc.*, No. 1:96 CV 1421 (N.D. Ohio)

*Boyd v. Associates Finance, Inc.*, No. 99 CH 16604 (Circuit Court of Cook County)

*Bruyer v. Ford Motor Credit Company*, No. 97-549 (D. Minn.)

*Caldwell v. Greater Illinois Title Company*, No. 01 CH 11452 (Circuit Court of Cook County) (Illinois class certified and settled)

*Carter v. Associates Financial Services Company, Inc.*, No. 96-04652-1 (District Court of Dallas County, 162d Judicial District, Texas)

*Cheng v. Ford Motor Credit Company*, No. 97 C 1711 (N.D. Ill.)

*Chin v. Chicago Title*, No. 01 CH 9890 (Circuit Court of Cook County) (statewide class certified and settled)

*Christakos v. Intercounty Title Company*, No. 99 C 8334 (N.D. Ill.)

*Coleman v. Associates National Bank*, No. 97 C 5959 (N.D. Ill.)

*Crawford v. Associates Corporation of North America*, No. 97-14346 (22d Judicial District Court, Parish of St. Tamany, Louisiana)

*DeLeon v. Beneficial Construction Company*, No. 97 C 0040 (N.D. Ill.)

*Denton v. Associates Finance, Inc.*, No. 96 CH 10494 (Circuit Court of Cook County)

*Dixon v. Associates Financial Services Company of Florida, Inc.*, No. 96-16-CIV-FTM-24D (M.D. Fla.)

*Djordjevic v. Jacobs Twin Buick, Inc.*, No. 97 CH 10883 (Circuit Court of Cook County)

*Drehobl v. Guaranty Home Equity Corporation*, No. 00 C 4181 (N.D. Ill.)

*Fallon v. Ford Motor Credit Company*, No. 95 L 933 (Circuit Court for the 18th Judicial Circuit, DuPage County, Illinois)

*Fillinger v. Ford Motor Credit Company*, No. 96 C 2357 (N.D. Ill.)

*Fitez v. Fairfield Ford, Inc.*, No. 95 L 756 (Circuit Court for the 18th Judicial Circuit, DuPage County, Illinois)

*Gonzales v. Associates Financial Corp.*, (District Court, Sedgwick County Kansas)

*Goodwin v. Ford Motor Credit Company*, 97 T 3155 (M.D. Ala.)

*Gray v. SunStar Acceptance Corporation*, No. 96 C 186 (N.D. Ill.)

*Grimaldi v. Patrick Webb, Jr.*, No. 97 CH 933 (Circuit Court of Cook County)

*Groth v. TranSouth Financial Corp.*, No. 95 C 5429 (N.D. Ill.)

*Hostettler v. Ford Motor Credit Company*, No. IP96-08979-C-B/S (S.D. Ind.)

*In re Ford Motor Credit Company Motor Vehicle Lease Litigation*, No. MDL 1160 (S.D.N.Y.)

*J. Cotey, Inc. v. Ford Motor Credit Company*, No. 96 CH 4887 (Circuit Court of Cook County)

*Knight v. Ford Motor Credit Company*, No. 334772 (Court of Common Pleas, Cuyahoga County, Ohio)

*Locke v. Associates First Capital Corporation*, No. 99-542-PER (S.D. Ill.)

*Martin v. Heinold Commodities, Inc.*, 163 Ill.2d 33 (1994)

*Morrow v. Associates Financial Services Corporation (Ohio)*, No. C-3-96-379 (S.D. Ohio)

*Myers v. Kentucky Finance, Inc.*, No. 97-C-288-1 (Circuit Court of Harrison County, West Virginia)

*Noble v. Associates Financial Services Corporation*, No. 99 C 4887 (N.D. Ill.)

*Patton v. J.B. Robinson Jewelers, Inc.*, No. 97 C 4151 (N.D. Ill.)

*Paul's Pest Control, Inc. v. Ford Motor Credit Company*, No. 2:97-601 (E.D. La.)

*Reed v. Worldwide Financial Services, Inc.*, No. 98 C 4294 (N.D. Ill.)

*Richardson v. Associates Financial Life Insurance Company, Inc.*, No. 315343 (Court of Common Pleas, Cuyahoga County, Ohio)

*Rosen v. Primus Automotive Financial Services, Inc.*, No. CT 98-002733 (District Court for the 4th Judicial District, Hennepin County, Minnesota)

*Rubin v. Associates Financial Life Insurance Company, Inc.*, No. 3:96 CV 393/LAC (N.D. Fla.)

*Sanchez v. GN Mortgage Corporation*, No. 99 C 4286 (N.D. Ill.)

*Sartory v. Ford Motor Credit Company*, No. 96 8609 (S.D. Fla.)

*Smith v. Associates Finance, Inc.*, No. 99 C 6175 (N.D. Ill.)

*Stevens v. Associates Finance, Inc.*, No. 95 C 2278 (N.D. Ill.)

*Stewart v. Associates Consumer Discount Company*, No. 97-CV-4678 (E.D. Pa.)

*Taylor v. Quality Hyundai, Inc.*, 150 F.3d 689 (7th Cir. 1998)

*Troup v. Associates Financial Services Company, Inc.*, No. 3:98 CV 0280 RM (N.D. Ind.)

*Urbanek v. Associates Financial Services Company of Wisconsin, Inc.*, No. 97-CV-210 (Circuit Court of Wood County, Wisconsin)

*Werbowsky v. Ford Motor Credit Company*, No. 95 Civ. 1876 (S.D.N.Y.)

*Wheeler v. TranSouth Financial Corporation*, No. 5:97-CV754.BR(3) (E.D.N.C.)

*Williams v. TranSouth Financial Corporation*, Nos. 96 B 24867, 98 A 00875 (N.D. Ill. Bankr.)

*Winn v. Associates First Capital Corporation*, No. 99 C 1227 (Circuit Court of Madison County, Illinois)

## TOD A. LEWIS

<u>PROFESSIONAL EMPLOYMENT</u>

### Bock, Hatch, Lewis & Oppenheim, LLC (f/k/a/ Bock & Hatch, LLC)

Attorney: January 2008 to present

### Esopus Creek Capital

Analyst: October 2006 to December 2007

### Freed & Weiss LLC

Attorney: April 2000 to September 2006

### Horvath & Lieber, P.C.

Attorney: January 1999 to March 2000

### U.S. Dept. of Housing and Urban Development, Office of Inspector General

CPA/Auditor: September 1990 to December 1998

### U.S. Attorney's Office – Northern District of Illinois

Student Intern – Fall 1997

<u>EDUCATION</u>

### Illinois Institute of Technology – Chicago-Kent College of Law

Degree: J.D., May 1998 (Honors)

Honors: G.P.A.: 3.528/4.000; Class Rank – Top 14% (51/360); Dean's List – All Semesters; Academic Scholarships: (1) Kent Merit Scholar (three time recipient); (2) John H. Cox Scholar; (3) Edmund L. Grimes Scholar; (4) Shirley Schmidt Scholar.

### Western Michigan University, Kalamazoo, Michigan

Degree: Bachelor of Business Administration, June 1990 – Major: Accountancy

Honors: Beta Alpha Psi Fraternity (Scholastic Honorary)

## ADMISSIONS

Illinois, 1998

Texas, 2014

U.S. Court of Appeals for the Seventh Circuit, 2015

U.S. Court of Appeals for the Third Circuit, 2016

U.S. District Court for the Western District of Texas, 2016

U.S. District Court for the Eastern District of Texas, 2018

U.S. District Court for the Northern District of Texas, 2019

U.S. District Court for the Northern District of Illinois, 1998

U.S. District Court for the Southern District of Illinois, 2017

U.S. District Court for the Eastern District of Michigan, 2012

U.S. District Court for the Western District of Michigan, 2012

U.S. District Court for the Eastern District of Missouri, 2012

U.S. District Court for the Southern District of Texas, 2016

U.S. District Court for the Eastern District of Wisconsin, 2013

## FEDERAL COURT P*RO HAC VICE* ADMISSIONS:

U.S. District Court for the Southern District of Florida, 2016

U.S. District Court for the District of Massachusetts, 2013

U.S. District Court for the District of New Jersey, 2013

## PUBLISHED ARTICLES

*The Illinois Whistleblower Reward and Protection Act and its Qui Tam Provisions*, 88 Illinois Bar Journal 392 (2000)

## DAVID M. OPPENHEIM

### PROFESSIONAL EMPLOYMENT

**Bock, Hatch, Lewis & Oppenheim, LLC (f/k/a/ Bock & Hatch, LLC)**

Attorney: April 2016 to present

**Anderson + Wanca**

Attorney: 2009 to April 2016

**Wildman Harrold Allen & Dixon LLP,**

Attorney: 2002 to 2009

### EDUCATION

**Harvard Law School**

Degree: J.D., 2002

Honors/Activities: Third Year Paper: *Congressional Redistricting and the Voting Rights Act.*

**Yale University**

Degree: B.A., 1999 Political Science/ Economics

### ADMISSIONS

Illinois, 2002

United States Supreme Court, 2010

United States Court of Appeals for the District of Columbia Circuit, 2010

United States Court of Appeals for the First Circuit, 2013

United States Court of Appeals for the Second Circuit, 2014

United States Court of Appeals for the Third Circuit, 2013

United States Court of Appeals for the Fourth Circuit, 2012

United States Court of Appeals for the Sixth Circuit, 2013

United States Court of Appeals for the Seventh Circuit, 2005

21

United States Court of Appeals for the Eighth Circuit, 2008

United States Court of Appeals for the Ninth Circuit, 2011

United States Court of Appeals for the Tenth Circuit, 2014

United States Court of Appeals for the Eleventh Circuit, 2013

United States District Court for the Northern District of Illinois, 2002

United States District Court for the Eastern District of Michigan, 2012

United States District Court for the Western District of Michigan, 2012

United States District Court for the Northern District of Ohio, 2014

United States District Court for the Eastern District of Wisconsin, 2012

United States District Court for the Western District of Wisconsin, 2011

## PUBLISHED ARTICLES

*"Hawala Banking: A Potential Tool for Funding Terrorism,"* 14 Bank and lender Liability Litigation Reporter, Issue 09, Sept.15, 2008 (Co-Author).

## JONATHAN B. PIPER

**PROFESSIONAL EMPLOYMENT**

### Bock, Hatch, Lewis & Oppenheim, LLC (f/k/a/ Bock & Hatch, LLC)

Attorney: March 2012 to present

### Cascino Vaughan Law Offices Ltd.

Attorney: November 19, 2011 to March 16, 2012

### LakinChapman LLC

Attorney: March 1, 2007 to November 17, 2011

Opened Firm's Chicago Office

### Freed Weiss LLC

Attorney: May 31, 2003 to February 1, 2007

### Office of the State Appellate Defender

Attorney: May 1, 2002 to May 31, 2003

### Sonnenschein Nath & Roshenthal

Attorney: September 1, 1987 to April 31, 2002

**EDUCATION**

### The Yale Law School

Degree: J.D., 1987

### Princeton University

Degree: A.B. 1981, Religion.

Honors/Activities: Magna cum Laude; Phi Beta Kappa.

**ADMISSIONS**

Illinois, 1987

New York, 2019

United States Supreme Court, 2013

United States court of Appeals for the Third Circuit, 2007

United States Court of Appeals for the Seventh Circuit, 1989

United States Court of Appeals for the Eleventh Circuit, 2019

United States District Court for the Northern District of Illinois, 1987

United States District Court for the Southern District of Illinois, 2006

United States District Court for the Eastern District of Michigan, 2015

United States District Court for the Eastern District of New York, 2019

United States District Court for the Southern District of New York, 2019

## PRIOR CLASS ACTION EXPERIENCE

Numerous class actions representing consumers who have purchased defective products or have been defrauded by unfair business practices.

## MOLLY E. STEMPER

<u>**PROFESSIONAL EMPLOYMENT**</u>

**Bock, Hatch, Lewis & Oppenheim, LLC (f/k/a/ Bock & Hatch, LLC)**

Attorney: August 2017 to present

**Lad Law Group, P.C.**

Attorney: April 2016 to August 2017

<u>**EDUCATION**</u>

**DePaul University: College of Law**

Degree: J.D., 2015

Honors/ Activities: Student Associate for the Civil Rights Clinic

**DePaul University**

Degree: B.A. 2011, Political Science

<u>**ADMISSIONS**</u>

Illinois, 2015

United States District Court for the Northern District of Illinois, 2016

## MARA A. BALTABOLS

<u>PROFESSIONAL EMPLOYMENT</u>

**Bock, Hatch, Lewis & Oppenheim, LLC (f/k/a/ Bock & Hatch, LLC)**

Attorney: October 2017 to present

**Sulaiman Law Group, Ltd.**

Attorney: March 2010 to October 2017

<u>EDUCATION</u>

**The University of South Carolina School of Law**

Degree: J.D., 2009

Honors/ Activities:  Articles Editor of the Southeastern Environmental Law Journal (2008-2009)

**The University of Colorado at Boulder**

Degree: B.A. 2003, Psychology/ Political Science

<u>ADMISSIONS</u>

Illinois, 2009

United States District Court for the Northern District of Illinois, 2013

United States District Court for the Southern District of Illinois, 2018

United States District Court for the Eastern District of Wisconsin, 2018

United States District Court for the Eastern District of Michigan, 2018