IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SUSAN DRAZEN, o**n *behalf of herself and others similarly situated*           ) ) ) | |
| **Plaintiffs,**           ) ) | |
| vs.           ) ) | CIVIL ACTION: 1:19-00563-KD-B |
| **GODADDY.COM, LLC,**           ) ) | |
| **Defendant.**           ) | |

**ORDER**

This action is before the Court on named Plaintiff Susan Drazen's unopposed motion for preliminary approval of class action settlement, certification of settlement class, and exhibits in support (Doc. 20); and Defendant's joint motion to transfer and consolidate (Doc. 15).

Upon consideration, it is **ORDERED** that the foregoing is set for an **EVIDENTIARY HEARING** on **February 6, 2020 at 2:00 p.m.**, in Courtroom 4B of the United States Courthouse, 155 Saint Joseph St., Mobile, Alabama, 36602.

**DONE** and **ORDERED** this the **21st** day of **January 2020**.

/s/Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**