# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| SUSAN DRAZEN, et al., on behalf of herself and other persons similarly situated, | ) ) ) ) | Case No. 1:19-cv-00563-KD-B |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| GODADDY.COM, LLC, a Delaware Limited Liability Company, | ) ) ) ) | |
| Defendant. | ) ) | |
| JASON BENNETT, et al., on behalf of himself and other persons similarly situated, | ) ) ) ) | Case No. 1:20-cv-00094-KD-B |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| GODADDY.COM, LLC, a Delaware Limited Liability Company, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## PLAINTIFFS' NOTICE OF FILING
## SECOND AMENDED CLASS ACTION SETTLEMENT AGREEMENT

Susan Drazen ("Drazen") and Jason Bennett ("Bennett") (collectively, "Plaintiffs"), respectfully submit, pursuant to the Court's May 14, 2020 Order (Doc. 44), the Parties' Second Amended Class Action Settlement Agreement (attached hereto as Exhibit A). As instructed by the Court in its May 14, 2020 Order, the Second Amended Class Action Settlement Agreement removes John Herrick as a Class Representative. As such, Plaintiffs respectfully request that the Court grant preliminary approval of the settlement and enter the Revised [Proposed] Order

Preliminarily Approving Class Action Settlement Agreement that is being filed concurrently herewith.

Dated: May 28, 2020 Respectfully submitted,

/s/ Eugene Y. Turin
Eugene Y. Turin (*pro hac vice*)

MCGUIRE LAW, P.C.
Evan M. Meyers (*pro hac vice*)
Eugene Y. Turin (*pro hac vice*)
55 West Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
Fax: (312) 275-7895
emeyers@mcgpc.com
eturin@mcgpc.com

UNDERWOOD & RIEMER, P.C.
Earl P. Underwood, Jr.
21 South Section Street
Fairhope, AL 36532
Tel: (251) 990-5558
Fax: (251) 990-0626
epu@urlaw.onmicrosoft.com

JRC LEGAL
John R. Cox
30941 Mill Lane, Suite G-334
Spanish Fort, AL 36527
Tel: (251) 517-4753
john@jrclegal.net

BOCK, HATCH, LEWIS & OPPENHEIM, LLC
Robert M. Hatch (*pro hac vice*)
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
Tel: (312) 658-5500
service@classlawyers.com

KENT LAW OFFICES
Trinette G. Kent
3219 Camelback Rd., Ste. 588
Phoenix, AZ 85018
Tel: (480) 247-9644
tkent@kentlawpc.com

MARK K. WASVARY, P.C.
Mark K. Wasvary
2401 West Big Beaver Road, Suite 100
Troy, MI 48084
Tel: (248) 649-5667
mark@wasvarylaw.com

MCMORROW LAW, P.C.
Michael J. McMorrow
118 North Clinton St., Suite 108
Chicago, IL 60661
Tel: (312) 265-0708
mike@mjmcmorrow.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2020, I electronically filed the foregoing *Plaintiffs' Notice of Filing Second Amended Class Action Settlement Agreement* with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ Eugene Y. Turin
Eugene Y. Turin, Esq.