IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SUSAN DRAZEN, o*n behalf of herself and others similarly situated*<br>　　Plaintiffs,<br><br>vs.<br><br>GODADDY.COM, LLC,<br><br>　　Defendant.<br><br>JASON BENNETT, o*n behalf of himself and others similarly situated*<br>　　Plaintiffs,<br><br>vs.<br><br>GODADDY.COM, LLC,<br><br>　　Defendant. | CIVIL ACTION: 1:19-00563-KD-B<br><br><br><br><br><br>CIVIL ACTION: 1:19-00563-KD-B |

**ORDER**

This matter is before the Court on Steven F. Helfand's Objection. (Doc. 70). Upon consideration, Helfand's objection is **STRICKEN.** As set forth in this Court's earlier Order, objections to the Settlement Class Agreement were due August 31, 2020; "untimely filed [objections] shall be ineffective." (Doc. 49 at 8). The Court received and docketed Helfand's objection November 16, 2020, 2.5 months after the objection deadline. (Doc. 70).[1] Moreover, Helfand summarily attributes his tardiness to COVID-19, yet he fails to explain how that caused 2.5 months delay in filing his objection.

**DONE** and **ORDERED** this the **18th** day of **November 2020**.

　　　　　　　　　　　　　　　　　　/s/ Kristi K. DuBose
　　　　　　　　　　　　　　　　　　**KRISTI K. DuBOSE**
　　　　　　　　　　　　　　　　　　**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] The Court notes that Helfand's objection is dated October 21, 2020. (Doc. 70 at 3). Even considering this date, his objection is nearly two-months past the objection deadline.

1